## THE STATE *v.* SAM. LOWENSTINE.

ATTORNEY-GENERAL. *Fees.* The Attorney-General is entitled to no fee in case of forfeiture and attachment for witness, where the witness is adjudged to pay the fine and costs.

### FROM SHELBY.

Attorney-General LEA for the State.

T. W. BROWN for the District Attorney-General.

Forfeiture was taken in the Criminal Court of Shelby County, L. B. Horrigan, J., presiding, against witness Lowenstine, and attachment issued. Witness was adjudged to pay fine and costs.

The Attorney-General moved the Court to tax a fee in his favor in that case of five dollars. The motion was disallowed by the Court, and the Attorney-General appealed.

Opinion by the Court: Affirmed.